## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Tales.com Inc.

                               Plaintiff,

v.                                     Case No.: 1:25−cv−03887

                                     Honorable Edmond E. Chang

The Partnerships Identified on Schedule A

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal [52], under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice with each party to bear its own costs and fees. The status hearing set for for 05/01/2026 is vacated. Civil case terminated. If the case is refiled in this District, then the Plaintiff must note that the new case is the refiling of a previously dismissed case. See Civil Cover Sheet, Section X. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.