✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>1:25-cv-03887      DATE FILED<br>04/10/2025 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Tales.com Inc. | The Partnerships Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attached. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☒ No | DATE RENDERED<br>4/27/2026 |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>M. Nowak | DATE<br>4/28/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Tales.com Inc.

                                    Plaintiff,

v.                                                      Case No.: 1:25−cv−03887
                                                        Honorable Edmond E. Chang

The Partnerships Identified on Schedule A

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2026:

     MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal [52], under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice with each party to bear its own costs and fees. The status hearing set for for 05/01/2026 is vacated. Civil case terminated. If the case is refiled in this District, then the Plaintiff must note that the new case is the refiling of a previously dismissed case. See Civil Cover Sheet, Section X. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ MILES E. NOWAK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
April 28, 2026

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TALES.COM, INC.,

    PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:25-CV-03887

# EXHIBIT 1 TO THE COMPLAINT

## TALES.COM, INC.

**EXHIBIT 1**                                    **COPYRIGHT REGISTRATIONS**

## TALES.COM, INC. | COPYRIGHT SUMMARY | IMAGES

| TAL-1<br>(U.S. Reg. No. 2-426-728) | TAL-2<br>(U.S. Reg. No. 2-426-728) | TAL-3<br>(U.S. Reg. No. 2-426-728) |
|---|---|---|
|  |  |  |

| TAL-4<br>(U.S. Reg. No. 2-426-728) | TAL-5<br>(U.S. Reg. No. 2-426-728) | TAL-6<br>(U.S. Reg. No. 2-426-728) |
|---|---|---|
|  |  |  |

| TAL-7<br>(U.S. Reg. No. 2-426-728) | TAL-8<br>(U.S. Reg. No. 2-426-968) |
|---|---|
|  |  |

## TALES.COM, INC.

**EXHIBIT 1**                                              **COPYRIGHT REGISTRATIONS**

# U.S. COPYRIGHT REG. VA 2-426-728



**Registration Number**
## VA 2-426-728
**Effective Date of Registration:**
January 03, 2025
**Registration Decision Date:**
January 03, 2025

### Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   March 15, 2023 to March 15, 2023

## Title _____

|                                    |                |
|-----------------------------------:|----------------|
| **Title of Group:**                | Tales 2023     |
| **Number of Photographs in Group:**| 7              |
| • **Individual Photographs:**      | TAL-1,<br>TAL-2,<br>TAL-3,<br>TAL-4,<br>TAL-5,<br>TAL-6,<br>TAL-7 |
| **Published:**                     | March 2023     |

## Completion/Publication _____

|                                    |                |
|-----------------------------------:|----------------|
| **Year of Completion:**            | 2023           |
| **Earliest Publication Date in Group:** | March 15, 2023 |
| **Latest Publication Date in Group:**   | March 15, 2023 |
| **Nation of First Publication:**   | United States  |

## Author _____

|                          |                  |
|-------------------------:|------------------|
| • **Author:**            | Tales.com, Inc.  |
| **Author Created:**      | photographs      |
| **Work made for hire:**  | Yes              |
| **Citizen of:**          | United States    |

## Copyright Claimant _____

|                          |                  |
|-------------------------:|------------------|
| **Copyright Claimant:**  | Tales.com, Inc.<br>560 S 100 W., Suite 21, Provo, UT, 84601, United States |

# TALES.COM, INC.

EXHIBIT 1                                                    COPYRIGHT REGISTRATIONS

## U.S. COPYRIGHT REG. VA 2-426-728                   CONTINUED

### Rights and Permissions

**Organization Name:** Tales.com, Inc.
**Address:** 560 S 100 W., Suite 21
Provo, UT 84601 United States

### Certification

**Name:** Jessica Delos Santos
**Date:** January 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration does not extend to any product depicted. Registration extends to deposited photographs only.

| File name | Copyrighted Image / Text | Registration Date | Registration No. |
|---|---|---|---|
| TAL-1 | | 2025-01-03 | VA0002426728 |
| TAL-2 | | 2025-01-03 | VA0002426728 |

| TAL-3 |  | 2025-01-03 | VA0002426728 |
|---|---|---|---|
| TAL-4 | | 2025-01-03 | VA0002426728 |

| TAL-5 | | 2025-01-03 | VA0002426728 |
| TAL-6 | | 2025-01-03 | VA0002426728 |

| TAL-7 |  | 2025-01-03 | VA0002426728 |

## TALES.COM, INC.

**EXHIBIT 1**                                           **COPYRIGHT REGISTRATIONS**

## U.S. COPYRIGHT REG. 2-426-968



**Registration Number**
## VA 2-426-968
**Effective Date of Registration:**
January 07, 2025
**Registration Decision Date:**
January 08, 2025

### Title

| | |
|---|---|
| **Title of Work:** | TAL-8 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | March 15, 2023 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Tales.com, Inc. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tales.com, Inc. |
| | 560 S 100 W., Suite 21, Provo, UT, 84601, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tales.com, Inc. |
| **Address:** | 560 S 100 W., Suite 21 |
| | Provo, UT 84601 United States |

### Certification

| | |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date:** | January 07, 2025 |

| | |
|---|---|
| **Correspondence:** | Yes |

| File name | Copyrighted Image / Text | Registration Date | Registration No. |
|---|---|---|---|
| TAL-8 | | 2025-01-07 | VA0002426968 |

## TALES.COM, INC.

EXHIBIT 1      COPYRIGHT REGISTRATIONS

# U.S. COPYRIGHT REG. TX 9-456-834



**Registration Number**

## TX 9-456-834

**Effective Date of Registration:**
January 07, 2025
**Registration Decision Date:**
January 07, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Tales Life Story Interview Kit (Questions) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | March 15, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •   **Author:** | Tales.com, Inc. |
| **Author Created:** | text, Selection, arrangement |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tales.com, Inc. |
| | 560 S 100 W., Suite 21, Provo, UT, 84601, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Tales.com, Inc. |
| **Address:** | 560 S 100 W., Suite 21 |
| | Provo, UT 84601 United States |

## Certification

| | |
|---|---|
| **Name:** | Jessica Delos Santos |
| **Date:** | January 07, 2025 |

| File name | Copyrighted Image / Text | Registration Date | Registration No. |
|---|---|---|---|
| Tales Life Story Interview Kit (Questions) | Tales Life Story Interview Kit (Questions) | 2025-01-24 | TX0009456834 |